DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALVIN BELLEFLEUR,**
Appellant,

v.

**DAVID JONATHAN JOFFEE** and **JOFFEE & JOFFEE, P.A.,**
Appellees.

No. 4D19-3701

[December 17, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE12-018179.

Alvin Bellefleur, Jupiter, pro se.

William M. Martin of Peterson Bernard, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***